2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No:17-28012-B-13J |
| | ) | DC No.: JPJ-2 |
| | ) | |
| MANJEET SINGH, | ) | TRUSTEE'S MOTION TO |
| | ) | DISMISS CASE |
| | ) | |
| | ) | DATE: FEBRUARY 27, 2018 |
| | ) | TIME:  1:00 PM |
| Debtor(s) | ) | COURTROOM: 32 |

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby moves the Court for an Order

Dismissing this case pursuant to 11 U.S.C. §1307, and as supported by the attached declaration

for the following reason(s):

1.   The debtor failed to appear at the duly noticed First Meeting of Creditors, set for

January 18, 2018, as required pursuant to 11 U.S.C.§ 343.  There is cause to dismiss this case

pursuant to 11 U.S.C. Section 1307(c)(1).

2.   The debtor is delinquent to the trustee in the amount of $1,800.05 which represents approximately 1 plan payment(s). Before this motion will be heard, an additional plan payment in the amount of $1,800.05 will also be due. The debtor has failed to make any plan payments since this petition was filed which was on December 11, 2017, (see Exhibit A). There is cause to dismiss this case pursuant to 11 U.S.C. §§ 1307(c)(1) and (c)(4).

3.   Pursuant to Local Bankruptcy Rule 3015-1(b)(6), the debtor is required to serve upon the trustee no later than fourteen (14) days after the filing of the petition a Class 1 Checklist and Authorization to Release Information to Trustee Regarding Secured Claims Being Paid by the Trustee.  To date, the debtor has failed to provide the trustee with these documents.  The debtor has failed to comply with 11 U.S.C. §521(a)(3) and Local Bankruptcy Rule 3015-(b)(6).  There is cause to dismiss this case pursuant to 11 U.S.C. §1307(c)(1).

4.   The debtor failed to provide the trustee with copies of his payment advices or other evidence of income received within the 60 day period prior to the filing of the petition. The debtor has failed to comply with 11 U.S.C. §521(a)(1)(B)(iv).

5.   The debtor failed to provide the trustee with a copy of his tax return for the most recent tax year a return was filed. The debtor has failed to comply with 11 U.S.C. §521(e)(2)(A)(1).

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: JANUARY 26, 2018

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee